**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00400-CV

## IN RE PRG DALLAS, ASC., L.P.

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04958**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **DIRECT** the trial court to issue, within twenty-one (21) days of the date of this opinion, a written order quashing Daniel Chambers' deposition until a party seeking such a deposition serves a Chapter 74 expert report. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue. We **ORDER** real parties in interest Anne Looney, Jerry Shipley, and Professional Compounding Centers of America to bear the costs, if any, of this original proceeding.

/s/    DAVID L. BRIDGES
          JUSTICE